IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE FORSYTHE, | | |
| | Plaintiff, | CIV S-11-1294 CKD |
| | vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | | <u>NOTICE</u> |
| | Defendant. | |
| _____/ | | |

This matter has been reassigned due to the recent appointment of the undersigned as Magistrate Judge. The parties are advised that the undersigned was previously employed as the First Assistant United States Attorney for the Eastern District of California, with supervisory responsibility over both the criminal and civil divisions. Because defendant has not yet been served in this action, it appears recusal under 28 U.S.C. 455(b)(3) is not warranted.

DATED: August 3, 2011                    /s/ Carolyn K. Delaney
                                                         United States Magistrate Judge

4
forsythe.recnotice

1