1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    TOVA D. WOLKING, CSBN 259782
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8981
        Facsimile:  (415) 744-0134
7       E-Mail: Tova.Wolking@ssa.gov

8   Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12  JOE D. FORSYTHE,                )      Case No. 2:11-cv-01294-CKD (SS)
                                    )
13         Plaintiff,               )      STIPULATION AND [PROPOSED] ORDER
                                    )      FOR REMAND TO THE COMMISSIONER
14         v.                       )      OF SOCIAL SECURITY PURSUANT TO
                                    )      SENTENCE SIX OF 42 U.S.C. § 405(g)
15  MICHAEL J. ASTRUE,              )
    Commissioner of Social Security,)
16                                  )
           Defendant.               )
17  _____)

18

19         IT IS HEREBY STIPULATED, by and between the parties, through their respective

20  counsel of record, that this action be remanded to the Commissioner of Social Security for further

21  administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C.

22  § 405(g), sentence six.

23  ///

24  ///

25  ///

26  ///

27  ///

28

Meaningful review of this case is not possible because the recordings of Plaintiff's hearing, held on November 4, 2008, cannot be located. Upon receipt of the court's order, the Appeals Council will continue to search for the recording. If the recording cannot be located in a reasonable amount of time, the Appeals Council will remand the case for a *de novo* hearing.

Respectfully submitted,

Law Offices of Ann M. Cerney

Dated: April 9, 2012_____By:___/s/ *Ann M. Cerney*_____
                                        ANN M. CERNEY
                                        (As authorized via email)
                                        Attorney for Plaintiff

                                        BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

Dated: April 9, 2012           By:     /s/ *Tova D. Wolking*_____
                                        TOVA D. WOLKING
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: April 10, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2